**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.Z., *et al.*,<br><br>              *Plaintiffs*,<br><br>v.<br><br><br>United States Department of Homeland Security, *et al.*,<br><br>              *Defendants*. | Case No. 1:26-cv-1510 |

**MOTION FOR A STAY UNDER 5 U.S.C. § 705
AND PRELIMINARY INJUNCTION**

Plaintiffs hereby move to stay the policy of the United States Department of Homeland Security ("DHS"), announced on December 5, 2025, by which DHS does not collect biometric information from detained noncitizens who have applications for immigration relief pending before the United States Citizenship and Immigration Services ("USCIS") (the "Biometrics Policy"). *See* Ex. A, USCIS Updates Policy on Biometrics for Detainees (Dec. 5, 2025), https://perma.cc/6DUE-CUS3; Ex. B, PA-2025-28, *Biometrics Collection for Aliens in Custody* (Dec. 5, 2025), https://perma.cc/6DUE-CUS3.

In addition, Plaintiffs move for a preliminary injunction prohibiting DHS from refusing to take biometrics from noncitizens in DHS custody to the extent that such a biometrics collection is necessary to adjudicate the merits of an application for relief from USCIS.

As explained in the accompanying memorandum of law, Plaintiffs are likely to succeed on the merits of their claims that the Biometrics Policy violates the Immigration and Nationality Act and applicable regulations, the Fifth Amendment to the United States Constitution, and the

1

Administrative Procedure Act. Plaintiffs will suffer irreparable harm without relief, and the balance of equities and public interest favor a stay and injunction.

Respectfully submitted,

DATE: May 12, 2026

*/s/ Jennie L. Kneedler*
Sean Ouellette (DC Bar 1741535)*
Alethea Anne Swift (DC Bar No. 1644929)
Jennie L. Kneedler (DC Bar No. 500261)
Paul R.Q. Wolfson (DC Bar No. 414759)
Elena Goldstein (DC Bar No. 90034087)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 322-1959
souellette@democracyforward.org
jkneedler@democracyforward.org
aswift@democracyforward.org
pwolfson@democracyforward.org
egoldstein@democracyforward.org

Mary Georgevich
Keren Zwick (D.D.C. Bar No. IL0055)
Richard Caldarone (DC Bar No. 989575)
Gerardo Romo
Nicole May
**NATIONAL IMMIGRANT JUSTICE CENTER**
111 W. Jackson Blvd. Suite 800
Chicago, IL 60604
Phone: (312) 660-1364 (Zwick)
mgeorgevich@immigrantjustice.org
kzwick@immigrantjustice.org
rcaldarone@immigrantjustice.org
gromo@immigrantjustice.org
nmay@immigrantjustice.org

Michelle N. Mendez
**NATIONAL IMMIGRATION PROJECT**
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 410-929-4720
michelle@nipnlg.org

*Counsel for Plaintiffs*

* Motion for admission *pro hac vice* pending

3

## CERTIFICATE OF SERVICE

I certify that I served the foregoing motion, the memorandum in support, and the accompanying exhibits by filing them through the court's electronic filing system.

DATE: May 12, 2026                                   /s/ Jennie Kneedler
                                                     Jennie Kneedler

**CONFERENCE STATEMENT**

Pursuant to Local Rule 7(m), I certify that Plaintiffs' counsel conferred with counsel for Defendants by email regarding this motion. Defendants oppose the motion.


DATE: May 12, 2026                                          /s/ Jennie Kneedler
                                                            Jennie Kneedler