# Exhibit A

26-cv-01510


**U.S. Citizenship and Immigration Services**

MENU

[Home](#) > [Newsroom](#) > [All News](#) > [Alerts](#) > USCIS Updates Policy on Biometrics for Detainees

# USCIS Updates Policy on Biometrics for Detainees

Release Date : 12/05/2025

We are updating [USCIS Policy Manual Volume 1, Part C](#) to deter the filing of frivolous claims and provide operational consistency. This update clarifies that the Department of Homeland Security generally will not take biometrics of detained aliens unless they are in removal proceedings and have a pending application or petition filed with the Executive Office for Immigration Review. This guidance is effective immediately and applies to requests pending or filed on or after the publication date.

The policy guidance:

- Reiterates that USCIS does not approve requests to collect biometrics from aliens or other persons who are detained or incarcerated in any jail, prison, or similar DHS or non-DHS detention facilities and have a pending immigration petition or application with USCIS;

- Removes obsolete guidance to clarify that there is no controlling intradepartmental agreement between USCIS and Immigration and Customs Enforcement regarding the collection of biometrics for aliens in custody with pending USCIS benefit requests; and

- Affirms that USCIS will generally continue to deny immigration benefit requests based on abandonment for aliens who fail to attend their Application Support Center biometrics services appointments.

The guidance contained in the Policy Manual is controlling and supersedes any prior guidance on the topic.

For more information, see the [Policy Alert](#).

Last Reviewed/Updated: 12/05/2025


Need Help? Chat with Emma™