# Exhibit B

26-cv-01510

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009



**U.S. Citizenship
and Immigration
Services**

December 5, 2025                                                   PA-2025-28

# Policy Alert

SUBJECT:   Biometrics Collection for Aliens in Custody

**Purpose**

U.S. Citizenship and Immigration Services (USCIS) is issuing policy guidance in the USCIS Policy Manual to clarify USCIS policy on obtaining biometrics for detained aliens in custody with pending benefit requests with USCIS.

**Background**

USCIS conducts security and background checks on persons and organizations who seek an immigration benefit or other request.[1] USCIS' security and background check processes are essential to uphold the integrity of U.S. immigration laws, identify any person who may pose a risk to national security or public safety, and detect possible fraud.

In general, when requesting an immigration benefit from USCIS, a person (including aliens, petitioners, beneficiaries, derivatives, and sponsors) may be required to attend an Application Support Center (ASC) biometric services appointment for identity verification and to provide biometrics needed to conduct security and background checks. If the person fails to attend the ASC appointment without properly informing USCIS of a pertinent reason, such as a change of address, or a request to reschedule, USCIS considers that person to have abandoned the application, petition, or other benefit request.[2]

USCIS does not allow USCIS contractors or staff to travel to jails, prisons, or non-DHS detention facilities to collect biometrics. In addition, there is no current agreement between USCIS and U.S. Immigration and Customs Enforcement (ICE) under which ICE has agreed to collect biometrics from individuals with an immigration benefit pending with USCIS. This update removes outdated guidance that places the burden on ICE to collect biometrics of aliens in custody and clarifies guidance on USCIS' biometrics collection for detained aliens in custody in both DHS and non-DHS facilities.

This guidance, contained in Volume 1 of the Policy Manual, is effective immediately and applies to requests pending or filed on or after the publication date. The guidance contained in the Policy Manual is controlling and supersedes any related prior guidance.

---

[1] See 8 CFR 103.16 and 8 CFR 103.2.
[2] See 8 CFR 103.2(b)(13)(ii).

www.uscis.gov

PA-2025-28: Biometrics Collection for Aliens in Custody
Page: 2

**Policy Highlights**

- Provides that USCIS does not collect biometrics from aliens or other persons who are detained or incarcerated in any jail, prison, or similar DHS or non-DHS detention facilities and have a pending immigration petition or application with USCIS.

- Removes obsolete guidance to clarify that there is no controlling intradepartmental agreement between USCIS and ICE regarding the collection of biometrics for aliens in custody with pending USCIS benefits.

- Clarifies that DHS has no obligation to collect biometrics from aliens in detention, unless they are in removal proceedings and have an application or petition in front of the Executive Office for Immigration Review.

**Summary of Changes**

Affected Section: Volume 1 > Part C > Chapter 2 > Section B, Mobile Biometrics Collection

- Revises italicized subheading "Persons in Custody" in its entirety.

USCIS may also make other minor technical, stylistic, and conforming changes consistent with this update.

**Citation**

Volume 1: General Policies and Procedures, Part C, Biometrics Collection and Security Checks, Chapter 2, Biometrics Collection [1 USCIS-PM C.2].