# Exhibit E

26-cv-01510

**DECLARATION OF R███ M████████**

I, R██ M███████ *make the following statement under penalty of perjury:*

1. My name is R██ M███████ I am a 22-year-old man from Mexico, and I was brought to the United States before my first birthday. I am currently detained in Immigration and Customs Enforcement ("ICE") custody at the Torrance County Detention Facility in New Mexico. I have been detained since July 2025.

2. In November 2025, I applied for T Nonimmigrant Status (a "T visa") because I was trafficked to the United States by my father. If I am granted a T visa, I will have legal status, automatic work authorization, and be eligible for lawful permanent residence after three years with T status. But before U.S. Citizenship and Immigration Services ("USCIS") will decide my T-visa application, they told me that they need to take my "biometrics." Because I am detained by ICE, I cannot go to the appointment myself. My biometrics appointment was scheduled for December 5, 2025, but I was not taken to it.

3. In immigration court, I asked the immigration judge to terminate my proceedings because I am eligible for the T visa. The immigration judge denied that motion and ordered me deported on April 16, 2026. I plan to appeal the immigration judge's decision at the Board of Immigration Appeals. My appeal is due by May 18, 2026.

4. My father brought me to the United State from Mexico when I was about two months old. I only learned I was not a U.S. citizen once I turned 18 years old. When I learned I was not a U.S. citizen, I applied for Deferred Action for Childhood Arrivals. I do not know what happened with that application, but I think I attended a biometrics appointment for it.

5. Starting when I was about eight years old, my father forced me to work on a commercial farm without pay, under threats of violence and withholding of food. He beat me and prevented me from talking to my family members if I refused to work for him. This continued for my entire life until I ran away from him when I was about 19 years old.

6. My father made me lie about what was going on at home. When I was about ten years old, my hand was injured badly while I was working. I lost my finger in a tractor accident. When my father finally took me to a medical clinic, he made me tell them I injured it with a rock instead of while doing dangerous labor.

7. I ran away from my father one day, and three months later, my mom came and joined me. We hid from him for about eight months, but then he found out where we were. So we fled and found a new place to hide from him. My mom was pregnant and brought my little sister too. My mother worked while I stayed home to care for my sister, and after she gave birth, my youngest brother too. Eventually, I started earning money pouring concrete.

8. In June 2025, I was detained while pouring concrete in Camarillo, California. I'm not sure who the people were who detained me because I didn't see any letters or numbers on their uniforms. But I was then turned over to ICE. My mother was also detained that same day at a different place of work. My siblings who were born in the United States were sent to stay with relatives. My mom has since been deported.

9. I applied for a T visa in November, and my lawyers tell me I need to have my fingerprints and photo taken for the application to move forward. Because I was not taken to my biometrics appointment on December 5, 2025, I expect that my application will be denied as abandoned. This is my only option to remain in the United States.

10. I am terrified to go to Mexico. I speak English as a first language and do not know any country except the United States. It breaks my heart that I may be separated from my family. I graduated high school with a 4.0 grade point average, and I wish to go to college.

11. I am committed to participating in this case, but because of the dangers that I face in Mexico and because much of the information relevant to my case involves my trafficking as a child, I ask that my full name not be used in public documents.

13. I understand that I am seeking to participate in this case not just for myself but also for other noncitizens who, like me, are facing the possibility of their applications for immigration relief being denied because they are detained and cannot provide biometrics or because USCIS will not accept their biometrics. I understand that representing a group like this comes with certain responsibilities to remain in contact with my attorneys, to act in a true and honest manner, and to consider the best interests not only of myself but also of the other people in this group. I agree to these responsibilities.

DECLARATION SIGNATURE ON THE FOLLOWING PAGE.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the 22 day of April 2026 in New Mexico

_____
Name

04/22/2026
_____
Date