# Exhibit F

26-cv-01510

**DECLARATION OF LUIS FELIPE ESTRADA TREJO**

*I, Luis Felipe Estrada Trejo, make the following statement under penalty of perjury:*

1. My name is Luis Felipe Estrada Trejo. I am from Mexico, and I am 45 years old. I have been detained in Immigration and Customs Enforcement ("ICE") custody at Oldham County Detention Center in La Grange, Kentucky since March 2026.

2. I came to the United States in 2018 through the Eagle Pass, Texas port of entry, and I was paroled into the country. I have not left the United States since then.

3. On March 2, 2026, I attended an appointment with ICE where I was detained. From there, I was sent to the Oldham County Detention Center.

4. In March of 2026, I applied for Adjustment of Status because my wife is a U.S. citizen. If I am granted adjustment, I will be a lawful permanent resident and will have a green card. My wife, ████, and I have been together for about three years, and we married on April 8, 2024. ████ has two children from her previous marriage: ████ (20 years old) and ██ (13 years old). It has been especially difficult for the younger one, ██ to be separated from me. We are very close.

5. Before U.S. Citizenship and Immigration Services ("USCIS") will decide my application, they told me that they need to take my "biometrics." Because I am detained by ICE, I cannot go to the appointment myself.

6. Shortly after my application was submitted, USCIS sent information about my biometrics appointment. It was originally scheduled for March 30, 2026, in Louisville, Kentucky. At this point, I was already detained by ICE and did not have access to the appointment.

7. My attorney was able to reschedule the biometrics appointment for a later date. My second appointment was rescheduled for April 14, 2026. I was unable to make this date as well because of my continued detention. I am unsure if I will be given another appointment, and if my application will be denied due to lack of biometrics.

8. If my adjustment application is approved, I would be released from ICE detention as a lawful permanent resident. I would go back to my wife, my stepchildren, my elderly mother, and other loved ones back in Louisville, Kentucky.

9. I understand that I am seeking to participate in this case not just for myself but also for other noncitizens who, like me, are facing the possibility of their applications for immigration relief being denied because they are detained and cannot provide biometrics or USCIS will not accept their biometrics. I understand that representing a group like this comes with certain responsibilities to remain in contact with my attorneys, to act in a true and honest manner, and to consider the best interests not only of myself but also of the other people in this group. I agree to these responsibilities.

DECLARATION SIGNATURE ON THE FOLLOWING PAGE.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the  28  day of April 2026 in _____ La Grange, Kentucky _____

_____          4/29/2026
Name                                                     Date

## CERTIFICATE OF TRANSLATION

I, ___ Diana Ibarra ___, swear under penalty of perjury that I speak English and Spanish and that I have translated this document to the best of my ability. I reviewed this document with ___ Luis Felipe Estrada Trejo ___ and have incorporated any changes or corrections provided. I declare under penalty of perjury that the foregoing statement has been faithfully translated/executed to the best of my knowledge, memory, and belief.

_Diana Ibarra_
_____          4/29/2026
NAME                                                    Date