# Exhibit G

26-cv-01510

**DECLARATION OF Y███████████ P██████**

*I, Y███████ P███ make the following statement under penalty of perjury:*

1.  My name is Y███████ P███ I am from Cuba, and I am 49 years old. I am currently detained in Immigration and Customs Enforcement ("ICE") custody in Adams County Correctional Center in Natchez, Mississippi. I have been detained since November 2025.

2.  I left Cuba because I did not feel safe there due to my political opinion. I was arrested three or four times while I was protesting the government. I entered the United States in August of 2024 with my 74-year-old mother. I made an appointment with Customs and Border Patrol ("CBP") through the CBP One cell phone application. I presented myself to the port of entry at the U.S. border for my appointment, and CBP took my fingerprints and photo. Then they paroled me into the United States.

3.  In November 2025, ICE detained me outside the immigration court in El Paso, Texas after I attended a hearing in my immigration case. I have been detained since then.

4.  In March 2026, I filed form I-485 with USCIS to apply for adjustment of status under the Cuban Adjustment Act. I meet the eligibility requirements because I was born in Cuba, was inspected and paroled into the United States, have been here for more than one year, and am admissible. I do not have any disqualifying criminal convictions.

5.  I also applied for asylum, withholding, and protection under the Convention Against Torture. On February 18, 2026, an immigration judge ("IJ") denied my applications without considering my claims because I did not include a passport with my application. I lost my passport in Mexico when I was fleeing to the United States. The IJ also said that I was not eligible for asylum because of the "Circumvention of Lawful Pathways" bar, which applies to people who entered the United States without inspection. I am appealing the IJ's decision to the Board of Immigration Appeals ("BIA").

6.  After I filed my adjustment application, USCIS scheduled a biometrics appointment for April 17, 2026. My attorney requested that ICE transport me to the appointment with USCIS, but ICE did not respond to my request. USCIS then informed me, through my attorney, that they would not reschedule my biometrics appointment because of my detention. I am worried that my application will be denied because I could not attend the appointment because I am detained. I am also worried that I will not be able to support my mother, who depends on me.

7.  I am committed to participating in this case, but because of the dangers I face in Cuba, I ask that my full name not be used in public documents.

8.  I understand that I am seeking to participate in this case not just for myself but also for other noncitizens who, like me, are facing the possibility of their applications for immigration relief being denied because they are detained and cannot provide biometrics or USCIS will not accept their biometrics. I understand that representing a

group like this comes with certain responsibilities to remain in contact with my attorneys, to act in a true and honest manner, and to consider the best interests not only of myself but also of the other people in this group. I agree to these responsibilities.

DECLARATION SIGNATURE ON THE FOLLOWING PAGE.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the 24th day of __April__ 2026 in ___Natchez, Mississippi___

___Name___

Date  24/4/2026


## CERTIFICATE OF TRANSLATION

I, Gerardo Romo _____, swear under penalty of perjury that I speak English and Spanish and that I have translated this document to the best of my ability. I reviewed this document with _____Y███ P███_____ and have incorporated any changes or corrections provided. I declare under penalty of perjury that the foregoing statement has been faithfully translated/executed to the best of my knowledge, memory, and belief.

4/24/2026

NAME                                                                    Date