# Exhibit H

**DECLARATION OF H▮▮▮▮ A▮▮▮▮**

*I, H▮▮▮ A▮▮▮ make the following statement under penalty of perjury:*

1. My name is H▮▮▮ A▮▮▮. I am a gay man from Iran, and I am 40 years old. I am currently detained in Immigration and Customs Enforcement ("ICE") custody in Arizona. ICE has detained me at multiple detention centers since January 2025, but I am currently at a facility in Arizona.

2. While living in Iran, I had tried to hide my sexual orientation by marrying my spouse, who was assigned female at birth, so that I can appear heterosexual. We married in 2010, and my legal spouse has always known that I am gay. I met my current male partner around 12 years ago.

3. I cannot return to Iran because it is illegal to be gay there. In 2021, my male partner and I were caught having sex by the Iranian police. The police officers beat and interrogated us. My spouse, my partner, and I fled to Turkey in 2021 because my male partner and I were facing potential execution. We then fled to the United States in 2024. The three of us are a family.

4. In January 2025, we were arrested at the United States-Mexico border in Texas. I have been detained since. The three of us applied for applied for asylum, withholding, and protection under the Convention Against Torture. Unfortunately, I did not have a lawyer at my hearing, and my applications were denied in May 2025. My legal spouse did have a lawyer and was granted asylum based on what happened to us in Iran in November 2025. The government did not appeal the immigration judge's decision to grant asylum.

5. Because my legal spouse was granted asylum, I am eligible to "derive" asylee status as the spouse of an asylee. We submitted a Form I-730 to establish that I am eligible for derivative asylee status on January 27, 2026.

6. After I filed my application, USCIS scheduled a biometrics appointment for February 26, 2026, and my lawyer rescheduled it to March 6, 2026. However, I could not attend my appointment because I was detained. I am worried that my application will be denied because I could not attend the appointment because I am detained.

7. I am committed to participating in this case, but because of the dangers my family and I face in Iran, I ask that my full name not be used in public documents.

8. I understand that I am seeking to participate in this case not just for myself but also for other noncitizens who, like me, are facing the possibility of their applications for immigration relief being denied because they are detained and cannot provide biometrics or USCIS will not accept their biometrics. I understand that representing a group like this comes with certain responsibilities to remain in contact with my attorneys, to act in a true and honest manner, and to consider the best interests not only of myself but also of the other people in this group. I agree to these responsibilities.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the **28** day of **APRIL** 2026 in **FLORENCE, ARIZONA**



Name _____                    **04/28/2026**

                                                    Date

## CERTIFICATE REGARDING TRANSLATION

I, Philip Rody, swear under penalty of perjury that I reviewed this document with H█████ A██████ using a telephonic interpreter through SourceLingo. The interpreter's name is Mazharrudin Zamani (Interpreter ID: 16429745). I declare under penalty of perjury that the foregoing statement has been faithfully executed to the best of my knowledge, memory, and belief.

_____                    *April 29, 2026*

Philip Rody                                      Date