# Exhibit I

**DECLARATION OF M████████ C████████**

*I, M███████ C█████████ make the following statement under penalty of perjury:*

1. My name is M████████ C█████████ I am from Mexico, and I am 43 years old. I am currently detained in Immigration and Customs Enforcement ("ICE") custody in Grayson County Jail in Leitchfield, Kentucky. I have been detained since May 2025.

2. In Mexico, a powerful cartel, Los Zetas, kidnapped and tortured one of my brothers. I tried to escape to the United States in about 2011, and it took me multiple tries to get into the country. I came to the United States because it was not safe for me to remain in Mexico.

3. Soon after arriving to the United States, I began a relationship with a man who is now my former partner. We have four U.S. citizen children together ranging in age from three to twelve years old. In the beginning of our relationship, my former partner was charming, funny, and seemed to be a good person. But later, he physically and mentally abused me and even stalked me over a period of ten years. To offer just one example, in June 2022, he became angry with me because I did not want to have sex with him, and he believed it was my duty to have sex whenever he wanted. As a result, he shoved me hard into a corner, where I hit my eye. It swelled shut and started bleeding, so I couldn't see. My daughter called the police.

4. I reported my ex-partner to the police on three occasions, twice in 2022 and once in 2025. Each time, I gave a detailed statement to law enforcement regarding the domestic violence I suffered, and each time my former partner was arrested and charged with domestic battery. Following these incidents, I completed a petition for a protective order explaining the domestic battery and stalking I suffered at the hands of my former partner. A judge approved my petition and granted me a protective order against my former partner, which is valid until June 27, 2026.

5. In May 2025, I was stopped by police and charged with driving without a license. I was detained and appeared in front of a judge, who allowed me to be released on my own recognizance. But instead of going home to my children, I was arrested by ICE and taken to an ICE detention center.

6. After I was detained, I had an interview where I explained that I was afraid of being removed to Mexico. I explained what had happened to my family and me before I originally came to the United States. I also explained why my fears are ongoing, noting that around January of 2023, Los Zetas murdered the same brother that they had

kidnapped and tortured years ago, and they threatened to kill me and my other brother. An immigration judge concluded that I had a reasonable fear of being harmed in Mexico and placed me in "withholding only" proceedings before the immigration court, where I applied for withholding of removal and protection under the Convention Against Torture. That case is currently on appeal to the Board of Immigration Appeals.

7. In July 2025, I applied for U Nonimmigrant Status (a "U Visa") based on the harm I experienced at the hands of my ex-partner. Specifically, I cooperated with the police in the investigation of domestic violence and stalking perpetrated by my former partner. The judge certified that I have been a victim of domestic violence and stalking and that I have been helpful with the investigation and prosecution of those crimes. I also applied for a waiver of any grounds of inadmissibility that may be determined to apply.

8. If I am granted a U visa, I will have legal status, work authorization, and be eligible to seek lawful permanent residence after three years of presence in the United States.

9. But before U.S. Citizenship and Immigration Services ("USCIS") will decide my U visa and waiver, I understand that they need to take my "biometrics," which I understand to refer to my fingerprints, photograph, etc. Because I am detained by ICE, I cannot go to the appointment myself.

10. USCIS scheduled my biometrics appointment for February 9, 2026, in Michigan City, Indiana. At the time, I was detained at the Grayson County Detention Center in Leitchfield, Kentucky. After that appointment had passed, an officer asked me for my name and told me that he had to take my fingerprints. He took them on paper and when we finished, I asked for a copy, but he told me that he could not give me a copy of that document.  When the person representing me in my U visa case called USCIS to confirm, the officer stated USCIS had no record of receiving my biometrics from ICE. My accredited representative requested a rescheduled appointment, which was set for February 27, 2026. The appointment was rescheduled again to March 20, 2026. Again, because of my detention, I could not attend either appointment. My accredited representative has been trying to reschedule the appointment again, but she has encountered barriers because this is a third request to reschedule.

11. I have been detained for almost a year. The conditions I am living in are very difficult, and I think my detention is affecting my children's mental health. They often ask me when I will be home, but it is hard to explain my current situation because of their age. It is difficult being away from them and not being able to support them with their overall day-to-day life, like schoolwork. Being detained has been extremely difficult for me, but I try to stay strong for my children.

12. I am applying for a U visa because I have lived in the United States for over 14 years. I am a survivor of domestic violence and a loving single mother of four U.S. citizen children. I am also afraid of what will happen to me if I am deported because Los Zetas are still searching for me and killed one of my brothers as recently as 2023.

13. I am committed to participating in this case, but because of the dangers that I face in Mexico and because much of the information relevant to my case involves domestic violence by a person I still fear, I ask that my full name not be used in public documents. Two other courts have already granted me permission to proceed pseudonymously.

14. I understand that I am seeking to participate in this case not just for myself but also for other noncitizens who, like me, are facing the possibility of their application for immigration relief being denied because they are detained and cannot provide biometrics or USCIS will not accept their biometrics. I understand that representing a group like this comes with certain responsibilities to remain in contact with my attorneys, to act in a true and honest manner, and to consider the best interests not only for myself but also of the other people in this group. I agree to these responsibilities.

DECLARATION SIGNATURE ON THE FOLLOWING PAGE.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the 29th day of April 2026 in _____

_____          4/29/2026
Name                                        _____
                                            Date


## CERTIFICATE OF TRANSLATION

I, __Alexa DeLeon____, swear under penalty of perjury that I speak English and Spanish and that I have translated this document to the best of my ability. I reviewed this document with __M_____ C_____ and have incorporated any changes or corrections provided. I declare under penalty of perjury that the foregoing statement has been faithfully translated/executed to the best of my knowledge, memory, and belief.

_____          4/29/2026
NAME                                        _____
                                            Date