# Exhibit K

26-cv-01510



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | CASE TYPE<br>I360 - PETITION FOR AMERASIAN, WIDOWER, OR SPECIAL IMMIGRANT | | NOTICE DATE<br>04/24/2026 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER | | USCIS A# | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 2 |

J█████████ Z█████████
c/o HILLARY RICHARDSON
NATIONAL IMMIGRANT JUSTICE CEN
PO BOX 818
CHICAGO IL 60690



**READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the Application Support Center (ASC) at the date and time specified. **TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF YOU FAIL TO APPEAR AS SCHEDULED, USCIS WILL CONSIDER YOUR BENEFIT REQUEST ABANDONED AND IT MAY BE DENIED.**

| APPLICATION SUPPORT CENTER<br>USCIS CHICAGO-SOUTH<br>8004 B South Cicero Avenue<br>Burbank IL 60459 | DATE AND TIME OF APPOINTMENT<br>05/06/2026<br>11:00AM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** You must bring a valid government-issued photo identification. If the name on your identification is different than the name on your ASC notice, bring supporting documents. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

If you are sick, do not visit a USCIS office, follow the instructions on this notice to reschedule your appointment. If you have injuries that may interfere with your biometrics submission, USCIS may reschedule your appointment.

Cell phones or electronic devices must be turned off during biometrics submission. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

**NOTE:** If an ASC closes due to weather or other reasons, USCIS will automatically reschedule your appointment for the next available date and time and you will receive a new ASC appointment notice. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment.

You must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or for any purpose authorized by the Immigration and Nationality Act.

You may obtain a copy of your FBI record using the procedures outlined in 28 C.F.R. 16.32. Visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks for more information. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement.

If you cannot attend your scheduled appointment, you may request to reschedule at https://my.uscis.gov/accounts/biometrics/overview or by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). You must make your request before the date and time of the original appointment, and you must establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, and you do not appear at your appointment, USCIS may consider your application, petition, or request abandoned and, as a result, it may be denied. For more information about rescheduling, see https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

If you cannot leave your home/hospital due to a serious ongoing medical condition, you may request a mobile biometrics appointment by following the instructions on the back of this notice under "Notice for People with Disabilities," or by visiting uscis.gov/accommodations.

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Information for Your Biometric Services Appointment

- You must have a scheduled biometric services appointment before arriving at an Application Support Center (ASC). You must bring your printed ASC appointment notice (Form I-797C). Your notice has specific instructions on what you should bring to your ASC appointment including valid photo identification such as your Permanent Resident Card ("Green Card"), passport, or driver's license) and the completed ApplicantInformation Worksheet (AIW) below.
- Only those necessary to assist you with transportation or your appointment should accompany you to the ASC. This includes attorneys and interpreters.
- Family groups may appear together, even if they are scheduled for a different day.
- Military members may appear at an ASC during normal operating hours without an appointment.
- If you arrive more than 15 minutes before your appointment, you may be asked to wait to be processed.
- On the day of your appointment, please check for office closures or delays here: www.uscis.gov/about-us/uscis-office-closings
- ASCs do not provide information services or case services relating to the status of applications, petitions, or requests. To track the status of an immigration application, petition, or request, visit: https://egov.uscis.gov/

### FBI Privacy Act Statement

Authority: The FBI's acquisition, preservation, and exchange of fingerprints and associated information is generally authorized under 28 U.S.C. 534. Depending on the nature of your application, supplemental authorities include Federal statutes, State statutes pursuant to

Pub. L. 92-544, Presidential Executive Orders, and federal regulations. Providing your fingerprints and associated information is voluntary; however, failure to do so may affect completion or approval of your application.

Principal Purpose: Certain determinations, such as employment, licensing, and security clearances, may be predicated on fingerprint-based background checks. Your fingerprints and associated information/biometrics may be provided to the employing, investigating, or otherwise responsible agency, and/or the FBI for the purpose of comparing your fingerprints to other fingerprints in the FBI's Next Generation Identification (NGI) system or its successor systems (including civil, criminal, and latent fingerprint repositories) or other available records of the employing, investigating, or otherwise responsible agency. The FBI may retain your fingerprints and associated information/biometrics in NGI after the completion of this application and, while retained, your fingerprints may continue to be compared against other fingerprints submitted to or retained by NGI.

Routine Uses: During the processing of this application and for as long thereafter as your fingerprints and associated information/biometrics are retained in NGI, your information may be disclosed pursuant to your consent, and may be disclosed without your consent as permitted by the Privacy Act of 1974 and all applicable Routine Uses as may be published at any time in the Federal Register, including the Routine Uses for the NGI system and the FBI's Blanket Routine Uses. Routine uses include, but are not limited to, disclosures to: employing, governmental or authorized non-governmental agencies responsible for employment, contracting, licensing, security clearances, and other suitability determinations; local, state, tribal, or federal law enforcement agencies; criminal justice agencies; and agencies responsible for national security or public safety.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** _____

FIRST                                   MIDDLE                                   LAST

**LIST ANY OTHER NAMES USED** (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):

1) _____

FIRST                                   MIDDLE                                   LAST

2) _____

FIRST                                   MIDDLE                                   LAST

**DATE OF BIRTH (MM/DD/YY)**          **COUNTRY OF BIRTH**          **COUNTRY OF CITIZENSHIP**

**SEX:** (CHECK ONE)          **RACE:** (CHECK ONE)          ☐ NATIVE AMERICAN
☐ MALE                        ☐ ASIAN                        ☐ UNKNOWN
☐ FEMALE                      ☐ BLACK
                              ☐ CAUCASIAN/LATINO

**EYE COLOR:** (CHECK ONE)     ☐ HAZEL          **HAIR COLOR:** (CHECK ONE)     ☐ ORANGE
☐ BLACK                        ☐ MAROON          ☐ BALD                         ☐ PINK
☐ BLUE                         ☐ MULTICOLOR      ☐ BLACK                        ☐ PURPLE
☐ BROWN                        ☐ PINK            ☐ BLOND OR STRAWBERRY          ☐ RED OR AUBURN
☐ GRAY                         ☐ UNKNOWN         ☐ BLUE                         ☐ SANDY
☐ GREEN                                          ☐ BROWN                        ☐ WHITE
                                                 ☐ GRAY                         ☐ UNKNOWN
                                                 ☐ GREEN

**HEIGHT:** _____ OR _____          **WEIGHT:** _____ OR _____

FEET/INCHES          CENTIMETERS          POUNDS          KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

AIW: REVISED 14 APR 2025

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C    10/13/21