**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J.Z., *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br><br>DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br>     *Defendants*. | Case No. 1:26-cv-1510 |

## [PROPOSED] ORDER GRANTING MOTION FOR A STAY UNDER 5 U.S.C. § 705 AND FOR A PRELIMINARY INJUNCTION

Plaintiffs in this case challenge the policy of the United States Department of Homeland Security ("DHS"), announced on December 5, 2025, by which DHS does not collect biometric information from detained noncitizens who have applications for immigration relief pending before the United States Citizenship and Immigration Services ("USCIS"). *See* Pls' Ex. A, USCIS Updates Policy on Biometrics for Detainees (Dec. 5, 2025), https://perma.cc/6DUE-CUS3; Pls' Ex. B, PA-2025-28, *Biometrics Collection for Aliens in Custody* (Dec. 5, 2025), https://perma.cc/6DUE-CUS3 (the "Biometrics Policy"). Plaintiffs' Motion for a Stay under 5 U.S.C. § 705 and for a Preliminary Injunction is hereby GRANTED.

The Biometrics Policy is STAYED.

Defendants are preliminarily enjoined from refusing to take biometrics from any noncitizen in DHS custody to the extent that such a biometrics collection is necessary to adjudicate the merits of a pending application for relief from USCIS.

2

DATED:                                         _____

                                               UNITED STATES DISTRICT JUDGE