**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| J.Z., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-1510-AHA |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBIT**

To keep the Court apprised of the latest developments relevant to Defendants' Opposition to Plaintiffs' Motion for a Stay of Agency Action and Preliminary Injunction (Doc. 17), Defendants attach a broadcast email from U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations (ERO) which addresses fingerprint collection for "detainees in U.S. Immigration and Customs Enforcement (ICE) custody who have an immigration request pending with U.S. Citizenship and Immigration Services (USCIS)." Defs' Ex. 13. An Assistant Director for Field Operations sent the broadcast email to all ERO personnel on July 1, 2026. *See id.*

*  *  *

Dated: July 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
U.S. Department of Justice, Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

SAMUEL P. GO
Assistant Director
Office of Immigration Litigation

KATHERINE J. SHINNERS
D.C. Bar No. 978141
Senior Litigation Counsel

/s/ *James A. Hurley*
JAMES A. HURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-1889
Facsimile: (202) 305-7000
james.hurley@usdoj.gov

*Counsel for Defendants*