**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| J.Z., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-1510-UNA |

**DEFENDANTS' NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD LIST OF CONTENTS**

Defendants United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), Markwayne Mullin, Joseph B. Edlow, Todd Lyons, and United States Citizenship and Immigration Services ("USCIS"), (collectively "Defendants") file this notice to inform the Court that per the Parties' agreement, Plaintiffs have been served with the Certified Administrative Record, with some minor redactions to protect confidential internal information as well as personal privacy. Pursuant to LCvR 7(n)(1), Defendants attach a certified list of contents of the administrative record. The Certified Administrative Record can be filed with the Court, should the Court so request. Defendants anticipate filing a motion to seal to protect confidential information, and can share that information with Plaintiffs upon entry of a confidentiality protective order.

* * *

Dated: September 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
U.S. Department of Justice, Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

SAMUEL P. GO
Assistant Director
Office of Immigration Litigation

KATHERINE J. SHINNERS
Senior Litigation Counsel

JAMES A. HURLEY
Trial Attorney

/s/ *Aysha T. Iqbal*
DC Bar No. 241424
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7672
Facsimile: (202) 305-7000
Aysha.T.Iqbal@usdoj.gov

*Counsel for Defendants*