BRETT A. SHUMATE
*Assistant Attorney General*
SAMUEL P. GO
*Assistant Director*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov
JAMES A. HURLEY
AYSHA IQBAL
*Trial Attorneys*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| J.Z., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-01510-AHA |

**DEFENDANTS' STATUS REPORT IN RESPONSE TO ORDER DATED OCTOBER 7, 2026 (ECF No. 46)**

Defendants submit this status report in accordance with the Court's October 7, 2026 Order (ECF No. 46). That Order granted a stay of the effective date of the following agency actions pending litigation, as those actions were defined by the Court: (1) a U.S. Citizenship and Immigration Services (USCIS) policy stating that the Department of Homeland Security (DHS) "will generally not take biometrics of detained aliens with pending applications to USCIS for

immigration status," set forth in the December 5, 2025 Policy Alert (ECF No. 14-3) and Press Release (ECF No. 14-2); (2) the "implementation of the policy, including policy manual revisions" (citing ECF No. 14-4 ("Policy Manual Updates")); and (3) "rescission of [U.S. Immigration and Customs Enforcement's (ICE's)] obligation to collect biometrics" (citing ECF Nos. 14-2, 14-3). Order at 22–23. The Court held that this would restore "the status quo in which DHS collected biometrics for detained people." *Id.* at 23. The Court further ordered Defendants to "file a status report by October 21, 2026, apprising the court of compliance with the order." *Id.*

As an initial matter, Defendants understand the Court's order to stay a policy under which DHS "stopped collecting biometric information," and preserve their prior arguments about the scope and import of the USCIS policy. Defendants report that they are complying with the Court's Order as follows:

(1) DHS collects biometrics from applicants in ICE detention through collection of fingerprints using the FD-258 fingerprint card, which USCIS reports is generally sufficient for biometrics collection.

   a. ICE maintains its procedure under which ICE is to collect fingerprints on the Form FD-258 fingerprint card upon request and submit them to the appropriate address identified by USCIS as a means of collecting biometrics. *See* ECF No. 38-1 (ICE Enforcement and Removal Operations email "reiterating instructions for collecting biometrics for those detainees in [ICE] custody who have an immigration request pending with [USCIS]"); ECF No. 17-6 (providing that submission of FD-258 card to the appropriate address is one of two options for "processing detainees in ICE custody for biometrics collection"). Defendants note that a request is required to initiate this process; without such a request, ICE would not be aware of any need to assist with the collection of biometrics for applications filed with USCIS.

b. Consistent with the above, USCIS's procedures provide that submission of the FD-258 card is an appropriate method for submission of biometrics for ICE detainees with pending applications with USCIS. ECF No. 17-6 (providing that submission of FD-258 card to the appropriate address is one option for "processing detainees in ICE custody for biometrics collection").

(2) USCIS is in the process of updating its website pages containing the December 5, 2025, Policy Alert, Press Release, and Policy Manual Updates to reflect that these have been stayed by the Order and that the status quo under which DHS collects biometrics from detainees with pending applications before USCIS is restored. USCIS anticipates that these updates will be complete by October 28, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SAMUEL P. GO
Assistant Director

By: _/s/ Katherine J. Shinners_
KATHERINE J. SHINNERS
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

JAMES A. HURLEY
AYSHA IQBAL
Trial Attorneys

Dated: October 21, 2026

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division