**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| J.Z., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-1510-AHA |

**DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO ANSWER**

Defendants United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), Markwayne Mullin, Joseph B. Edlow, Todd Lyons, and United States Citizenship and Customs Enforcement ("USCIS"), (collectively "Defendants") respectfully move the Court for a 14-day extension of their deadline to answer or otherwise respond to the Complaint, until November 21, 2026. As detailed below, the extension will allow the parties additional time to try to come to agreement on a briefing schedule that would obviate the need for a responsive pleading and streamline motions practice.

Good cause supports granting an extension of the answer deadline. Defendants previously moved for a temporary stay of the original answer deadline pending the Court's decision on Plaintiffs' Motion for a Stay Under 5 U.S.C. § 705 and Preliminary Injunction. *See* ECF No. 41. The Court granted that motion, ordering that the Defendants "shall answer or otherwise respond to the complaint within 30 days of the court's decision on the motion for stay and preliminary injunction." Minute Order (July 21, 2026). On October 7, 2026, the Court issued a decision on the motion for stay and preliminary injunction, ordering preliminary relief in the form of a stay of agency action under 5 U.S.C. § 705. *See* ECF No. 46. Defendants' deadline to answer or otherwise respond to the Complaint thus now falls on November 6, 2026.

Given that the Court has issued a preliminary ruling on certain threshold and merits issues in this case, and because this is a case for review on an administrative record that can be decided on cross-motions for summary judgment, Defendants have proposed to Plaintiffs a case schedule that would allow for consolidated briefing on a partial motion to dismiss and cross-motions for summary judgment. The parties are currently engaged in discussions on this proposal. Such a schedule would be more efficient, as it would obviate the need for a separate responsive pleading and would streamline motions practice in this case. However, additional time is needed for the parties to engage in these discussions. Accordingly, Defendants respectfully request a 14-day extension of their deadline to answer or otherwise respond to the Complaint. The extension would allow the parties to continue those discussions without also requiring Defendants to file a response to the Complaint pending potential agreement on a more comprehensive and streamlined briefing schedule. The extension of time will not prejudice either party. Counsel for Plaintiffs informed counsel for Defendants that Plaintiffs agree to this extension request.

Accordingly, Defendants respectfully request that the Court extend the deadline to answer or otherwise respond to the Complaint to November 21, 2026.

Dated: November 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
U.S. Department of Justice, Civil Division

SAMUEL P. GO
Assistant Director
Office of Immigration Litigation

/s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8259
Facsimile: (202) 305-7000
katherine.j.shinners@usdoj.gov

JAMES A. HURLEY
AYSHA T. IQBAL
Trial Attorneys

*Counsel for Defendants*