# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

J.Z., *et al.*,

Plaintiffs,

v.

U.S. Department of Homeland Security, *et al.*,

Defendants.

Case No. 1:26-cv-01510-AHA

**DECLARATION OF LISETTE KVORTEK**

1. My name is Lisette Kvortek. I serve as Acting Deputy Chief for the Office of Policy and Strategy within U.S. Citizenship and Immigration Services (USCIS). I have served in this position since May 11, 2026.

2. In my professional capacity as the Acting Deputy Chief, I am responsible for all work performed by the federal and contract staff with the Office of Policy and Strategy.

3. The following declaration is based on my personal knowledge and information that I acquired in my official capacity and in the performance of my official functions.

4. USCIS received notice of the Court's October 7, 2026 Memorandum Opinion and Order granting a stay of the biometrics policy and its implementation under section 705 of the APA.

5. On October 22, 2026, USCIS published the following communications on the public facing USCIS.gov website: Specific pages updated include: the December 5, 2025 Policy Alert (ECF No. 14-3); Press Release (ECF No. 14-2); and the USCIS Policy Manual, Volume 1– General Policies and Procedures, Part C – Biometrics Collection and Security Checks, Chapter 2 – Biometrics Collection.

6. Each of these USCIS publications now contain the following alert language:

Court Stayed USCIS Biometrics Policy for Detained Aliens

J.Z. et al. v. United States Department of Homeland Security, et al., 26-cv-01510-AHA (D.D.C.)

On October 7, 2026, the U.S. District Court for the District of Columbia stayed the biometrics policy for detained aliens (J.Z. et al. v. DHS, et al.). Under 5 U.S.C. § 705, this court-ordered stay temporarily halts the policy and its implementation while the lawsuit is pending. This also immediately restores the previous practice where DHS collected biometrics for detained individuals in DHS custody with pending USCIS applications. USCIS strongly disagrees with the Court's order but will comply with its terms pending possible further judicial review.

This order is effective immediately and applies agency-wide, pursuant to the court-ordered stay. Accordingly, the following are stayed: 1) the USCIS web alert "USCIS Updates Policy on Biometrics for Detainees" issued on December 5, 2025; 2) the USCIS policy alert "Biometrics Collection for Aliens in Custody" PA-2025-28; and 3) the December 5, 2025 updates to the USCIS Policy Manual, Volume 1, Part C, Chapter 2, B "Persons in Custody." They should be treated as if they are not in effect.

USCIS will issue updated instructions pending further litigation developments.

7. On October 22, 2026, USCIS also reverted language in the USCIS Policy Manual section on Persons in Custody to the language present prior to the December 5, 2025 changes.

8. Leadership within USCIS program offices and directorates were briefed on the stay and the process for detainee fingerprint submission via FD-258 card transmitted to the Texas Service Center.

9. USCIS's procedures provide that submission of the FD-258 card is an appropriate method for submission of biometrics for aliens detained by U.S. Immigration and Customs Enforcement (ICE) with pending applications with USCIS. ECF No. 17-6 (providing that submission of FD-258 card to the appropriate address is one option for "processing detainees in ICE custody for biometrics collection").

10. The USCIS Office of Policy and Strategy (OP&S) is working with various offices within USCIS and ICE to ensure proper communication of the process for obtaining biometrics from alien detainees.

11. USCIS is developing a process to facilitate biometrics collection when USCIS becomes aware that an alien in ICE custody missed a scheduled biometrics appointment. USCIS will coordinate with ICE to obtain biometrics needed to continue processing the alien's benefit request.

12. Individual attorneys and detained aliens should continue to alert ICE Enforcement and Removal Operations (ERO) when they receive a biometrics appointment notice and need to provide biometrics for an immigration request.

13. ICE will transmit FD-258 fingerprint cards to the Texas Service Center for individuals who are in detention and received a biometrics appointment notice. In some cases, the cards are for purposes of processing cases under the jurisdiction of the Executive Office of Immigration Review (EOIR) and in other cases the cards are received to continue processing for immigration benefits within USCIS's jurisdiction.

14. The Texas Service Center accepts FD-258 cards received from ICE for individuals in detention who have benefit requests pending before USCIS.

15. Once the Texas Service Center obtains the FD-258 cards from ICE, personnel scan the cards into USCIS systems and biometrics are processed in accordance with USCIS standard procedures.

16. In some individual cases, USCIS adjudicators may request that ICE provide additional biometric information for the detained applicant, such as photographs. Generally, fingerprints are run through the FBI background check process and USCIS must adhere to its standards for collection.

17. USCIS and ICE continue to work together to find operational efficiencies for collection of biometrics for alien detainees. Additional system to system improvements are being examined.

18. USCIS has found no evidence of an agreement in place prior to December 5, 2025 between ICE and USCIS for coordination on gathering detained alien fingerprints.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that, as of the date of this declaration, the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of November 2026 in Camp Springs, Maryland.

LISETTE KVORTEK Digitally signed by LISETTE KVORTEK
Date: 2026.11.09 15:25:55 -05'00'

LISETTE KVORTEK,
ACTING DEPUTY CHIEF,
OFFICE OF POLICY AND STRATEGY
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES