# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.Z., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECUIRTY, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-01510(AHA) |

**DECLARATION OF SHOHEL MOLLAH**

I, SHOHEL MOLLAH, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

**1.** I am a Unit Chief for Field Operations Southeast, with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the Field Operations Division of ERO. I have been employed with DHS since 2008. I have been a Unit Chief with ERO Field Operations since January 2026.

**2.** I am currently assigned to the ERO Field Operations Division, which oversees the interior enforcement of immigration law. My responsibilities include, but are not limited to, managing employees, assigning and reviewing taskings, and requesting information from ERO Field Locations.

**3.** In this capacity, I am familiar with ICE ERO's procedures for the collection of biometrics, including fingerprints, from individuals in ICE custody who have pending applications or petitions with U.S. Citizenship and Immigration Services (USCIS). The

statements in this declaration are based on my personal knowledge, my review of relevant ICE records and policies, and information provided to me in my official capacity.

**4.** I am aware of the Court's Memorandum Opinion and Order dated October 7, 2026 (ECF No. 46). That Order stayed the effective date of certain agency actions pending litigation, specifically: (1) the USCIS policy stating that the Department of Homeland Security (DHS) "will generally not take biometrics of detained aliens with pending applications to USCIS for immigration status," as set forth in the December 5, 2025 Policy Alert (ECF No. 14-3) and Press Release (ECF No. 14-2); (2) the implementation of that policy, including policy manual revisions (ECF No. 14-4); and (3) the rescission of ICE's obligation to collect biometrics (ECF Nos. 14-2 and 14-3). The Order restored "the status quo in which DHS collected biometrics for detained people." ECF No. 46 at 22–23.

**5.** I am also aware of Defendants' Status Report filed on October 21, 2026 (ECF No. 48), and the Court's Minute Order of October 28, 2026, directing the parties to file another status report supported by sworn declarations by November 11, 2026.

**6.** Consistent with the Status Report (ECF No. 48), ICE continues to collect biometrics from individuals in ICE custody who have pending USCIS applications through the collection of fingerprints on Form FD-258 fingerprint cards. USCIS has reported that submission of an FD-258 card is generally sufficient for biometrics collection in this context. If USCIS needs a photograph, ICE is also able to share the one taken as part of in-processing. ICE's procedure requires that a detainee's request initiate the process because without a request, ICE would not be aware of any need to assist with biometrics collection for a USCIS application. See ECF No. 38-1; ECF No. 17-6.

**7.** On July 1, 2026, ICE ERO issued an email broadcast to all ERO personnel entitled "Options for Processing Detainees in ICE Custody Who Have a Pending Benefit Request" (the "July 1 ERO Broadcast," reflected at ECF No. 38-1). That broadcast reiterated instructions for collecting biometrics for detainees in ICE custody with pending USCIS benefit requests. It stated that USCIS must obtain a valid set of civil fingerprints (FD-258) to complete required vetting and adjudication processes, and that, until a technical solution is developed to share biometric data directly, the best available mechanism is for ICE officers to physically roll fingerprints on FD-258 cards and mail the completed cards to the USCIS Texas Service Center. The broadcast provided technical instruction on collecting a set of 14 fingerprints (10 individual rolled prints and 4 flat prints) in accordance with FD-258 standards using the ink-and-roll method.

**8.** ICE's fingerprinting practices are also guided by longstanding policy, including Chapter 34 of the Detention and Deportation Field Manual (Fingerprinting). Chapter 34 sets forth authority for fingerprinting aliens under section 262 of the Immigration and Nationality Act, 8 U.S.C. § 1302, and 8 C.F.R. §§ 236.5 and 264.1, among other provisions. It addresses who is fingerprinted, the procedures for taking fingerprints, and related requirements for individuals in ICE custody. These authorities and procedures remain applicable to the collection of civil fingerprints on FD-258 cards for individuals with pending USCIS applications.

**9.** On September 2, 2026, and September 3, 2026, ICE ERO distributed emails to relevant personnel reiterating the continued applicability of the FD-258 collection process, which is consistent with the Court's stay of the December 5, 2025 policy actions (ECF Nos. 14-2, 14-3, and 14-4) that restored the prior practice of collecting biometrics from detained individuals with pending USCIS applications upon appropriate request. These emails directed field personnel to

process such requests in accordance with the July 1 ERO Broadcast and applicable fingerprinting policy, including Chapter 34.

**10.** ICE is complying with the Court's Order by maintaining the FD-258 fingerprint card procedure upon request, as described above and in the Status Report (ECF No. 48). This restores the status quo in which DHS collected biometrics for detained people with pending USCIS applications. USCIS accepts FD-258 submissions as an appropriate method for biometrics collection in this context (ECF No. 17-6).

**11.** While the July 1, 2026 ERO Broadcast references initiation of FD-258 civil fingerprint collection upon request of the attorney of record, an attorney request is not necessary and no one will be denied fingerprint collection based on that language. ICE takes fingerprints of detainees as a standard part of in-processing under Chapter 34.3 of the Detention and Deportation Field Manual, which provides that Form FD-249 is used to fingerprint every alien 14 years of age or older who has been taken into custody (with or without a warrant) or served with a Notice to Appear, among other listed categories.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 10th day of November 2026.

SHOHEL MOLLAH Digitally signed by SHOHEL MOLLAH
Date: 2026.11.10 13:52:27 -05'00'

Shohel Mollah
Unit Chief, Field Operations Southeast
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security