**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| J.Z., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-1510-AHA |

## DEFENDANTS' CONSENT MOTION TO STAY DEADLINE TO ANSWER

Defendants United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), Markwayne Mullin, Joseph B. Edlow, Todd Lyons, and United States Citizenship and Customs Enforcement ("USCIS"), (collectively "Defendants") respectfully move the Court for a stay of their deadline to answer or otherwise respond to the Complaint through the filing of cross-motions for summary judgment. As detailed below, the stay will streamline motions practice and allow the parties additional time to reach a resolution on outstanding matters related to the Certified Administrative Record ("CAR"). As such, the stay is in the interest of judicial economy and aimed toward a more efficient resolution of this matter.

Good cause supports granting a stay of the answer deadline. Defendants previously moved for a temporary stay of the original answer deadline pending the Court's decision on Plaintiffs' Motion for a Stay Under 5 U.S.C. § 705 and Preliminary Injunction. *See* ECF No. 41. The Court granted that motion, ordering that the Defendants "shall answer or otherwise respond to the complaint within 30 days of the court's decision on the motion for stay and preliminary injunction." Minute Order (July 21, 2026). On October 7, 2026, the Court issued a decision on the motion for stay and preliminary injunction, ordering preliminary relief in the form of a stay of

agency action under 5 U.S.C. § 705, which meant November 6, 2026, was the deadline to answer or otherwise respond to the Complaint. *See* ECF No. 46. On November 2, 2026, Defendants moved for a 14-day extension of this deadline while the parties worked to resolve certain outstanding questions relating to a proposed case schedule. *See* ECF No. 49. Defendants' deadline to answer or otherwise respond to the Complaint thus falls on November 20, 2026.

Given that the Court has issued a preliminary ruling on certain threshold and merits issues in this case, and because this is a case for review on an administrative record that can be decided on cross-motions for summary judgment, Defendants have proposed to Plaintiffs a case schedule that would allow for consolidated briefing on a partial motion to dismiss and cross-motions for summary judgment. The parties remain engaged in discussions on this proposal (including whether or not the schedule will need to accommodate potential motions practice regarding completion or supplementation of the CAR), but the parties agree to extend the answer deadline to the filing of summary judgment motions. As noted previously, such a schedule would be more efficient, as it would obviate the need for a separate responsive pleading and would streamline motions practice in this case. However, additional time is needed for the parties to engage in these discussions, given that the parties also remain in discussions regarding the CAR. Accordingly, Defendants respectfully request a stay of their deadline to answer or otherwise respond to the Complaint. The stay would ultimately streamline briefing into cross motions for summary judgment and avoid duplicative motions practice. The stay will not prejudice either party. Counsel for Plaintiffs informed counsel for Defendants that Plaintiffs consent to a stay of the answer deadline until the deadline for Defendants to file a motion for summary judgment.

Accordingly, Defendants respectfully request that the Court stay the deadline to answer or otherwise respond to the Complaint. Alternatively, if the Court is not inclined to stay the answer

deadline at this time, Defendants request a 30-day extension of that deadline (to December 18., 2026), to allow the parties to continue their discussions and propose a schedule, as well as to provide adequate time for Defendants to prepare a response to the Complaint should it be necessary to file one prior to summary judgment briefing.

Dated: November 16, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
U.S. Department of Justice, Civil Division

SAMUEL P. GO
Assistant Director
Office of Immigration Litigation

KATHERINE J. SHINNERS
Senior Litigation Counsel

JAMES A. HURLEY
Trial Attorney

*<u>/s/ Aysha T. Iqbal</u>*
AYSHA T. IQBAL
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7672
Facsimile: (202) 305-7000
Aysha.t.iqbal@usdoj.gov

*Counsel for Defendants*